107 F.3d 8
 Virginia Seeney
v.
Community Action Agency of Delaware County, Inc.,
Commonwealth of Pennsylvania, Commonwealth Department of
Welfare, Honorable Joseph L. Zazyczny, Ronald L. Jackson,
Frank Fisher, Jr., Edward Coleman, Tom Kavitski,
Commonwealth and Department of Administration, Bureau of
Affirmative Action Contract Compliance Agency
 NO. 96-1011
United States Court of Appeals,
Third Circuit.
 Jan 29, 1997
 
 1
 Appeal From: E.D.Pa. , No. 94-cv-01649 , 866
 
 F.Supp. 206
 
 2
 Affirmed.